```
                              United States Bankruptcy Court
                              Southern District of Mississippi
In re:                                                                 Case No. 17-00320-ee
Sara J. King                                                           Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0538-3         User: MorganPal              Page 1 of 2              Date Rcvd: Jun 14, 2017
                             Form ID: 318                 Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
```
db              Sara J. King,    340 Goodman Road,    Pelahatchie, MS  39145-2964
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,    PO Box 183853,     Arlington, TX 76096-3853
4229905         CNC Clinic, PLLC,    ATTN: Bankruptcy Dept.,    1010 Lakeland Sq Ext A,    Flowood, MS 39232-7607
4229904        +Clarion Ledger,    ATTN: Bankruptcy Dept,    P.O. Box 40,    Jackson, MS 39205-0040
4229906         Credence Resource Mgt,    ATTN: Bankruptcy Dept.,    P.O. Box 2420,    Southgate, MI 48195-4420
4229907        #+Crossgates Family Drs,    ATTN: Bankruptcy Dept.,    395 Crossgates Bvd 102,
                 Brandon, MS 39042-2971
4229908         Crossgates River Oaks,    Bankruptcy Dept.,    350 Crossgates Blvd.,    Brandon, MS 39042-2698
4229910         Family Health Care,    ATTN: Bankruptcy Dept.,    P.O. Box 24116,    Jackson, MS 39225-4116
4229911        +First Heritage Credit,    Attn: Bankruptcy Dept.,    3047 Hwy 80  Ste B,    Pearl, MS 39208-3434
4229916         Jackson Radiology Asso,    P.O. Box 24023,    DEPT 03-063,    Jackson, MS 39225-4023
4229917        +John King,    340 Goodman Road,    Pelahatchie, MS 39145-2964
4229922         MS Baptist Health Syst,    Attn Bankruptcy Dept,    P.O. Box 23090,    Jackson, MS 39225-3090
4229923         MS Emergency Phys Svc,    ATTN: Bankruptcy Dept.,    P.O. Box 975213,    Dallas, TX 75397-5213
4229924         MS HMA Hospitalists,    ATTN: Bankruptcy Dept.,    P.O. Box 11441,    Belfast, ME 04915-4005
4229925         MS Sports Medicine,    ATTN: Bankruptcy Dept,    P.O. Box 16870,    Jackson, MS 39236-6870
4229918         Merit Health,    ATTN: Bankruptcy Dept.,    P.O. Box 281368,    Atlanta, GA 30384-1368
4229919         Merit Health,    ATTN: Bankruptcy Dept.,    P.O. Box 281437,    Atlanta, GA 30384-1437
4229920         Mobile Medic Ambulance,    ATTN: Bankruptcy Dept,    P.O. Box 198408,    Atlanta, GA 30384-8408
4229921         Mobility Medical Inc,    ATTN: Bankruptcy Dept,    554 Park Lane,    Flowood, MS 39232-8895
4229927        +OneMain,    ATTN: Bankruptcy Dept.,    P.O. Box 1010,    Evansville, IN 47706-1010
4229929         Prof'l Acct Services,    ATTN: Bankruptcy Dept.,    P.O. Box 68,    Brentwood, TN 37024-0068
4229930         Radiological Group PA,    Suite 209,    1107 Highland Col Pkwy,    Ridgeland, MS 39157-6079
4229932        +Rush Health Systems,    Attn Bankruptcy Dept,    1314 19th Ave,    Meridian, MS 39301-4116
4229934        +Southern Pharm'tical,    Attn Bankruptcy Dept,    P.O. Drawer 8360,    Columbus, MS 39705-0009
4229936         Specialized Mgt Svc,    Attn: Bankruptcy Dept,    P.O. Box 3842,    Meridian, MS 39303-3842
4229935        +Specialized Mgt Svc,    ATTN: Bankruptcy Dept.,    1825 24th Ave,    Meridian, MS 39301-3116
4229938         Stoneleigh Recovery,    ATTN: Bankruptcy Dept,    P.O. Box 1479,    Lombard, IL 60148-8479
4229939        +Tower Loan of MS,    Attn: Bankruptcy Dept.,    P.O. Box 320001,    Flowood, MS 39232-0001
4229940        +Trustmark Bank,    Attn: Bankruptcy Dept.,    P. O. Box 1928,    Brandon, MS 39043-1928
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: RMSC.COM Jun 14 2017 20:03:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
4229902         E-mail/Text: sbridwell@arscollections.com Jun 14 2017 20:13:55      ARS,
                 ATTN: Bankruptcy Dept.,    P.O. Box 321472,    Flowood, MS 39232-1472
4229903        +EDI: CCS.COM Jun 14 2017 20:03:00      CCS Collections,    ATTN: Bankruptcy Dept.,    2 Wells Ave.,
                 Newton Center, MA 02459-3246
4229909         E-mail/Text: bankruptcy@edwardsdaniellaw.com Jun 14 2017 20:13:38      David W. Edwards, PC,
                 P.O. Box 458,    Paris, TN 38242-0458
4229912         EDI: PHINAMERI.COM Jun 14 2017 20:03:00      GM Financial,    ATTN: Bankruptcy Dept.,
                 P.O. Box 181145,    Arlington, TX 76096-1145
4229915        +E-mail/Text: david.usry@usdoj.gov Jun 14 2017 20:13:50      IRS,    c/o US Attorney,
                 501 E Court St #4.430,    Jackson, MS 39201-5025
4229914         EDI: IRS.COM Jun 14 2017 20:03:00      IRS,    Centralized Insolvency,    P O Box 7346,
                 Philadelphia, PA 19101-7346
4229926         EDI: MSDOR Jun 14 2017 20:03:00      MS State Tax Comm'n,    Attn Bankruptcy Dept,
                 P.O. Box 23075,    Jackson, MS 39225-3075
4229928        +E-mail/Text: bkrnotice@prgmail.com Jun 14 2017 20:13:47      Paragon Revenue Group,
                 ATTN: Bankruptcy Dept.,    P.O. Box 127,    Concord, NC 28026-0127
4242224         E-mail/Text: bankruptcy@republicfinance.com Jun 14 2017 20:14:09      Republic Finance, LLC,
                 1140 Roma Ave.,    Hammond, LA  70403
4229931        +E-mail/Text: bankruptcy@republicfinance.com Jun 14 2017 20:14:08      Republic Finance,
                 ATTN: Bankruptcy Dept.,    3405 Old Brandon Rd. A,    Pearl, MS 39208-3938
4229933         E-mail/Text: sra1@sra-inc.net Jun 14 2017 20:13:44      Smith Rouchon & Ascs,
                 Attn: Bankruptcy Dept.,    1456 Elllis Avenue,    Jackson, MS 39204-2204
4229937        +EDI: AGFINANCE.COM Jun 14 2017 20:03:00      Springleaf/AGF,    ATTN: Bankruptcy Dept.,
                 118 Service Dr Ste 6,    Brandon, MS 39042-2429
4229941        +EDI: BLUESTEM Jun 14 2017 20:03:00      Webbank/Fingerhut,    ATTN: Bankruptcy Dept.,
                 6250 Ridgewood Rd.,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4229913*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: IRS,     Stop 18,    100 W Capitol Street,    Jackson, MS 39269)
                                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0538-3          User: MorganPal            Page 2 of 2             Date Rcvd: Jun 14, 2017
                              Form ID: 318               Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
              Eileen N. Shaffer    enslaw@bellsouth.net, ms04@ecfcbis.com
              Tracy Stidham Steen    on behalf of Debtor Sara J. King tsteen@steenlaw.net,
               bankruptcy@steenlaw.net,tracysteenlaw@gmail.com;r48734@notify.bestcase.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                           TOTAL: 3
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Sara J. King** | Social Security number or ITIN   **xxx–xx–8815** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **17–00320–ee** | | |

## Order of Discharge                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Sara J. King**

Dated: 6/14/17

**By the court:**   /s/Edward Ellington
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**